# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES AND ORDER THEREON

| | |
|---|---|
| CASE NO.: | 15CV628-BAS(JMA) |
| TITLE: | Reyes v. Educational Credit Management Corporation |
| E-FILED DATE: | 12/10/15 |
| DOCKET NO.: | 37 |
| DOCUMENT TITLE: | Plaintiff's Opposition to Defendant's Ex Parte Motion to Stay Discovery Pending Motion for Summary Judgment |
| DOCUMENT FILED BY: | Alexis Wood |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

| x | Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
| | ECF § 2(h) | Includes a proposed order or requires judge's signature |
| | ECF § 2(a), (g) | Docket entry does not accurately reflect the document(s) filed |
| | ECF § 2(g) | Multiple pleadings in one docket entry not separated out as attachments |
| | ECF § 2(f) | Lacking proper signature |
| | Civ. L. Rule 5.1 | Missing time and date on motion and/or supporting documentation |
| | Civ. L. Rule 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/document(s) are not timely |
| | Civ. L. Rule 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| | Civ. L. Rule 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| | Civ. L. Rule 7.1 | Missing table of contents and/or table of authorities |
| | Civ. L. Rule 15.1 | Amended pleading not complete in itself |
| X | | OTHER: Filing is untimely [Doc. No. 33] and moot [Doc. No. 36]. In any event, notwithstanding Plaintiff's opposition the Court reiterates good cause exists to defer further class discovery given the lack of prejudice to Plaintiff from the short delay, the heavy burden and expense of class discovery, and the 2003 amendment to Rule 23(c)(1) contemplating, *inter alia*, early dispositive motions to be decided prior to class certification. |

**IT IS HEREBY ORDERED**:

| | |
|---|---|
| | The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| X | The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |
| Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1. ||

DATED: December 10, 2015

Jan M. Adler
U.S. Magistrate Judge