**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DANIEL G. SHAY**
DANIEL SHAY (SBN 250548)
*DanielShay@TCPAFDCPA.com*
409 Camino Del Rio South, Suite 101B
San Diego, California 92108
Telephone: (619) 222-7429
Facsimile: (619) 431-3292

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJ REYES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORP.,<br><br>Defendant. | CASE NO. 3:15-cv-00628-BAS-AGS<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Date:        April 24, 2017<br>Ctrm:       4B<br>Judge:      Hon. Cynthia Bashant<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

# NOTICE OF MOTION
# AND MOTION FOR CLASS CERTIFICATION

**PLEASE TAKE NOTICE** that Plaintiff AJ Reyes moves this Court pursuant to Federal Rule of Civil Procedure 23 to certify a class in this matter. Pursuant to the Court's Standing Order, the Court will decide the matter on the papers and without oral argument.

The basis for Plaintiff's Motion for Class Certification is that all of the standards for certification in Federal Rule of Civil Procedure 23(a), (b)(2) and (b)(3) have been satisfied. With respect to the former, Rule 23(a)(1)'s numerosity requirement is satisfied because Plaintiff has identified a Class consisting of thousands of individual members. Rule 23(a)(2)'s commonality requirement is satisfied because whether the Class may recover turns on questions of law and fact common to the Class, including whether Defendant can be held liable under California Penal Code section 632.7, whether ECMC had a policy and practice to record all inbound calls, whether ECMC utilized Noble's Systems non-mandatory disclosure on inbound lines, whether ECMC had a policy to verbally advise inbound callers (non-transferred) that calls are recorded and whether the callers consented to the recording.

Rule 23(a)(3)'s typicality requirement and Rule 23(a)(4)'s adequacy requirement are also satisfied. Plaintiff's claims are typical of the other members of the Class inasmuch as he and the Class members each were recorded without receipt of a warning. And, Plaintiff and his counsel, the Law Offices of Ronald A. Marron, will fairly and adequately protect the Class' interests. Plaintiff has no interests antagonistic to those of the Class and his counsel have extensive experience litigating similar consumer class actions.

In satisfaction of the Rule 23(b)(3)'s predominance and superiority requirements, the questions of law and fact common to the Class predominate over any questions that may affect members of the Class on an individual basis, and the class action mechanism is superior to any other available method to reach a fair and efficient adjudication of the

1

*Reyes v. Educational Credit Management Corp.*, No. 15cv628
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

controversy at issue.

In satisfaction of Rule 23(b)(2), Defendant has employed a practice generally applicable to the Class the allowed for incoming calls to be recorded without any warning to the caller.

Plaintiff's Motion is based on this Notice of Motion and Motion for Class Certification, the Memorandum of Points and Authorities file concurrently herewith, the Declarations of Ronald A. Marron, Alexis M. Wood, Plaintiff AJ Reyes, and Expert Jeffrey A. Hansen, filed concurrently herewith, the pleadings and other papers on file in this matter, discovery produced to date, including all expert reports, and upon any evidence or argument that may be presented at or before the hearing on this Motion. This Motion takes place following a meet and confer between counsel.

DATED:  February 24, 2017        Respectfully submitted,

*/s/ Alexis M. Wood*
By: Alexis M. Wood
**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
ALEXIS WOOD
KAS GALLUCCI
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DANIEL G. SHAY**
DANIEL SHAY (SBN 250548)
*DanielShay@TCPAFDCPA.com*
409 Camino Del Rio South, Suite 101B
San Diego, California 92108
Telephone: (619) 222-7429
Facsimile: (619) 431-3292

***Attorneys for Plaintiff and the Proposed Class***

2

*Reyes v. Educational Credit Management Corp.*, No. 15cv628
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION