UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 21 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

A. J. REYES, on behalf of himself, and all others similarly situated,

          Plaintiff-Respondent,

 v.

EDUCATIONAL CREDIT MANAGEMENT CORPORATION,

          Defendant-Petitioner.

No. 17-80199

D.C. No. 3:15-cv-00628-BAS-AGS
Southern District of California, San Diego

ORDER

Before: PAEZ and IKUTA, Circuit Judges.

The court, in its discretion, grants the petition for permission to appeal the district court's September 20, 2017 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005). Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

AT/MOATT